**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Pamela D. April, a single woman, | ) | No. CV-09-1707-PHX-LOA |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| U. S. Airways, Inc., a Delaware corporation, | ) | |
| Defendant. | ) | |

On July 23, 2010, Plaintiff filed a Motion for Reconsideration. (Doc. 63) Plaintiff's Motion indicates "that it appears from the Court's July 21, 2010, order that the Court may not have considered Plaintiff's Supplement filed June 23, 2010, but rather treated her Reply as her Supplement." (*Id.* at 1)

The Court can assure counsel that it read and reread Plaintiff's June 23, 2010 Supplement, doc. 57, numerous times in an effort to try to understand the disputed discovery issues. Even though its July 21, 2010 order did not identify it by docket number, the Court's July 21, 2010 orders references "Plaintiff's Supplement" several times and Plaintiff's Reply. (Doc. 62 at 1-2) There was no erroneous omission by the Court. Instead of simply complying with LRCiv 37.1(a)(1-3) without additional argument, "separately from a memorandum of law," which was already provided in her Motion, Plaintiff's Supplement compounded the Court's challenges by, among other issues mentioned in July 21, 2010 order, mixing

additional argument and case law together with the specific requirements of LRCiv 37.1(a)(1-3).

**IT IS ORDERED** that Plaintiff's Motion for Reconsideration, doc. 63, is **DENIED**.

DATED this 28th day of July, 2010.

Lawrence O. Anderson
United States Magistrate Judge