**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Pamela D. April, a single woman, | ) | No. CV-09-1707-PHX-LOA |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| U. S. Airways, Inc., a Delaware | ) | |
| corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

        Over this past weekend after learning that Plaintiff filed a notice to appeal in this action, the Court read the docketed order granting Defendant's Motion for Summary Judgment. (Doc. 79) The Court was shocked to see that as a result of a chamber's clerical error, a rough draft order, replete with formatting and typographical errors, misspellings and substandard grammatical usage, was filed as the public document in this case instead of the Court's intended final version. The order granting summary judgment, doc. 79, was an unedited, rough draft and was not the intended final order for docketing. While the substance of the rough draft order's conclusion, citations and rational are the same as, and consistent with, the intended final order, the public rough draft order does not meet this Magistrate Judge's and District Court's high standard of excellence and writing.

        On the Court's own motion,

        **IT IS ORDERED** that due to a chamber's clerical error, the Court's order, doc. 79,  which grants Defendant U.S. Airways, Inc.'s Motion for Summary Judgment, doc.

1  71, shall be amended and filed under separate docket entry.

2       Dated this 7th day of February, 2011.

3

4

5                    Lawrence O. Anderson
                     United States Magistrate Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28